# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 02-3758

_____

United States of America,             *
                                          *

               Appellee,          *
                                          *    Appeal from the United States

     v.                             *    District Court for the
                                        *    District of Minnesota.

Steven Royce Larson,         *
                                          *         **[UNPUBLISHED]**

             Appellant.        *

_____

Submitted:  April 23, 2003
Filed:  May 6, 2003

_____

Before MORRIS SHEPPARD ARNOLD, BYE, and RILEY, Circuit Judges.

_____

PER CURIAM.

Steven Royce Larson (Larson) appeals the sentence the district court[1] imposed after Larson pled guilty to possessing methamphetamine with intent to distribute, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(A).  At sentencing, the district court denied Larson an acceptance-of-responsibility reduction because of his participation in a drug transaction the day after he entered his guilty plea.

_____

[1]The Honorable Richard H. Kyle, United States District Judge for the District of Minnesota.

Larson argues the district court erred in denying the reduction because his post-plea conduct was an attempt to gain valuable information for the government.  After careful review of the record, we find that the district court did not clearly err in denying the acceptance-of-responsibility reduction.  See U.S.S.G. § 3E1.1, cmt. nn.1(b), 3; United States v. Ervasti, 201 F.3d 1029, 1043 (8th Cir. 2000) (standard of review); United States v. Nguyen, 52 F.3d 192, 194 (8th Cir. 1995).

Accordingly, we affirm.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

-2-